ESTATE OF Clara FLATOW, Deceased

Petition of: Samantha Weston

No. 702 MAL 2016

Supreme Court of Pennsylvania.

February 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.